

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2016

No. 04-16-00480-CV

Phyllis **BOWSER**,
Appellant

v.

Ronald **WREN**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2014CV02075
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

Appellant Phyllis Bowser is representing herself in this appeal. On November 10, 2016, after Appellant failed to comply with our October 18, 2016 order, this court dismissed her appeal for want of prosecution.

On December 7, 2016, Appellant filed a "Motion to Request an Appeal on Decision [sic] the Motion to Dismiss Case." In her motion, she asks the court to "reconsider the decision rendered." We construe Appellant's motion as a motion for rehearing. *See* TEX. R. APP. P. 49.1.

The panel has considered Appellant's motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

It is so **ORDERED** on December 22, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court